No. 79–1852.  BLUE CROSS OF NORTHWEST OHIO *v.* JUMP, SUPERINTENDENT OF INSURANCE.  Sup. Ct. Ohio.  Certiorari dismissed under this Court's Rule 60.

JUNE 30, 1980

No. 79–1436.  MINNESOTA ET AL. *v.* PLANNED PARENTHOOD OF MINNESOTA.  Affirmed on appeal from C. A. 8th Cir. MR. CHIEF JUSTICE BURGER, MR. JUSTICE WHITE, and MR. JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.

No. 79–1027.  KING, GOVERNOR OF MASSACHUSETTS, ET AL. *v.* PRETERM, INC., ET AL.  Appeal from C. A. 1st Cir. dismissed for want of jurisdiction.  MR. JUSTICE REHNQUIST, being of the view that the order of the Court of Appeals "amending its mandate" to embrace the invalidation of an entirely separate statute is not governed by *FTC* v. *Minneapolis-Honeywell Co.,* 344 U. S. 206 (1952), dissents from dismissal of the appeal and would note probable jurisdiction and set case for oral argument.